HOME LAND COMPANY, Plaintiff in Error, v. Percy W. GARDNER and John D. McMullin, Defendants in Error. (Circuit Court of Appeals, Ninth Circuit. February 15, 1924.) No. 4161. In Error to the District Court of the United States for the District of Oregon; Robert S. Bean, Judge. Edwin E. Heckbert, John H. Hall, and S. J. Bischoff, all of Portland, Or., for plaintiff in error. Henry F. McClure, of Seattle, Wash., and Joseph, Haney & Littlefield and Sanderson Reed, all of Portland, Or., for defendants in error.

PER CURIAM. After oral argument judgment of District Court ordered affirmed.

---

James L. HOWARD v. UNITED STATES of America. (Circuit Court of Appeals, Sixth Circuit. November 6, 1923.) No. 3872. In Error to the District Court of the United States for the Western District of Tennessee; J. W. Ross, Judge. A. B. Galloway, of Memphis, Tenn., for plaintiff in error. S. E. Murray, U. S. Atty., of Memphis, Tenn.

PER CURIAM. Judgment of the District Court affirmed.

---

Harry JOHNSON, Plaintiff in Error, v. UNITED STATES of America. (Circuit Court of Appeals, Eighth Circuit. November 12, 1923.) No. 6528. In Error to the District Court of the United States for the District of Utah. J. J. Whitaker, of Salt Lake City, Utah, for plaintiff in error. Charles M. Morris, U. S. Atty., of Salt Lake City, Utah.

PER CURIAM. Writ of error docketed and dismissed without costs to either party in this court, on motion of counsel for defendant in error, under rule 16.

---

LIBERTY COAL CORPORATION et al. v. T. H. MORRIS, Trustee. (Circuit Court of Appeals, Sixth Circuit. October 16, 1923.) No. 3958. Appeal from the District Court of the United States for the Eastern District of Kentucky; Andrew M. J. Cochran, Judge. Bruce, Bullitt & Gordon and Grover G. Sales, all of Louisville, Ky., for appellants. B. R. Jouett, of Winchester, Ky., for appellee.

PER CURIAM. Dismissed pursuant to stipulation of counsel. See, also, 294 Fed. 1019.

---

LIBERTY COAL CORPORATION v. T. H. MORRIS, Trustee. (Circuit Court of Appeals, Sixth Circuit. October 16, 1923.) No. 3959. Appeal from the District Court of the United States for the Eastern District of Kentucky; Andrew M. J. Cochran, Judge. Bruce, Bullitt & Gordon and Grover G. Sales, all of Louisville, Ky., for appellant. B. R. Jouett, of Winchester, Ky., for appellee.

PER CURIAM. Dismissed pursuant to stipulation of counsel. See, also, 294 Fed. 1019.

---

LOUIS WOODS, Jr., & CO., Plaintiffs in Error, v. E. C. BROWN & CO. (Circuit Court of Appeals, Eighth Circuit. December 19, 1923.) No. 6334. In Error to the District Court of the United States for the Western District of Arkansas. John E. McCall, of Memphis, Tenn., for plaintiffs in error. Steve Carrigan, or Hope, Ark., and W. H. Arnold, W. H. Arnold, Jr., and David C. Arnold, all of Texarkana, Ark., for defendants in error.

PER CURIAM. Writ of error dismissed, with costs, on motion of defendant in error.

---

Fred McKAY, Plaintiff in Error, v. UNITED STATES of America. (Circuit Court of Appeals, Eighth Circuit. December 3, 1923.) No. 6550. In Er-